IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. HALLER,

      Petitioner,                        No.  CIV S-10-3446 WBS DAD P

     vs.

WARDEN BITER,

      Respondent.                      ORDER

_____/

        Petitioner has requested an extension of time to file objections to the August 2, 2011 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for an extension of time (Doc. No. 13) is granted; and

        2. Petitioner shall file his objections within sixty days from the date of this order.

DATED: September 1, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
hall3446.111objs