IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. HALLER,

    Petitioner,        No. CIV S-10-3446 WBS DAD P

   vs.

WARDEN BITER,

    Respondent.      ORDER

_____/

    Petitioner has requested an extension of time to file objections to the August 2, 2011 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's motion for an extension of time (Doc. No. 13) is granted; and

    2. Petitioner shall file his objections within sixty days from the date of this order.

DATED: September 1, 2011.

                     /s/ Dale A. Drozd
                     DALE A. DROZD
                     UNITED STATES MAGISTRATE JUDGE

DAD:mp
hall3446.111objs